IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.:  3:12cr31/MCR/EMT
       3:19cv560/MCR/EMT

MALCOLM MAHUMMED WRIGHT

## **REPORT AND RECOMMENDATION**

This matter is before the court upon Defendant Malcolm Mahummed Wright's counseled "Unopposed Motion to Dismiss Without Prejudice" (ECF No. 221).

In April of 2019, Wright filed a motion pursuant to 28 U.S.C. § 2255 seeking relief from his conviction for using a firearm during and in relation to a crime of violence in light of *Sessions v. Dimaya,* 138 S. Ct. 1204 (2018) (ECF No. 208). Wright also requested that the court hold his case in abeyance pending the Supreme Court's then-forthcoming decision in *United States v. Davis*, 139 S. Ct. 2319 (2019). The undersigned granted that request (ECF Nos. 210, 217.)

The Supreme Court subsequently held in *Davis* that the residual clause of 18 U.S.C. § 924(c)(3) is unconstitutionally void for vagueness.  *Id.* at 2336.  Wright believes that, despite the elimination of the residual clause in *Davis*, Eleventh Circuit precedent forecloses an argument that the underlying offense of carjacking does not

qualify as a crime of violence according to the still-valid force/elements clause, 18 U.S.C. § 924(c)(3)(A). He therefore seeks dismissal of the instant motion without prejudice. Counsel states that Wright personally agrees that dismissal of this action, without prejudice, is in his best interest at the time, and that the Government does not object (ECF No. 221 at 2).

Good cause having been shown, Defendant Wright's request should be granted, and his § 2255 motion should be dismissed without prejudice.[1]

Based on the foregoing, it is respectfully **RECOMMENDED**:

1. Defendant Wright's "Unopposed Motion to Dismiss without Prejudice" (ECF No. 221) be **GRANTED,** and

2. Defendant Wright's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 208) be **DISMISSED without prejudice**.

At Pensacola, Florida, this 27th day of August 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Dismissal without prejudice means only that a subsequently filed § 2255 motion would not be deemed "second or successive." It does not provide a means to circumvent any applicable statute of limitations.

Case Nos.: 3:12cr31/MCR/EMT; 3:19cv560/MCR/EMT

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).