## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NOS.:   3:12cr31/MCR/EMT
                                                                                  3:19cv560/MCR/EMT

MALCOLM MAHUMMED WRIGHT
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 27, 2019.  ECF No. 222.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Defendant Wright's "Unopposed Motion to Dismiss without Prejudice",

ECF No. 221, is **GRANTED**.

3.      Defendant Wright's Motion to Vacate, Set Aside or Correct Sentence,

ECF No. 208, is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 30th day of September 2019.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**